

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00455-CV

**LAS COLINAS OF WESTOVER**,
Appellant

v.

Susana **REYES**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-16443
Honorable Elizabeth Martinez, Judge Presiding

PER CURIAM

Sitting: Adrian A. Spears II, Justice
    H. Todd McCray, Justice
    Velia J. Meza, Justice

Delivered and Filed: July 8, 2026

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id*. 42.1(d).

PER CURIAM